UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-1254, 19-2770
_____

UNITED STATES OF AMERICA

v.

C.S.,
                        Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-18-cr-00376-001)
District Judge: Honorable Malachy E. Mannion
_____

Argued April 14, 2020
_____

Before: AMBRO, JORDAN, and SHWARTZ, Circuit Judges.

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on April 14, 2020.  On consideration whereof, it is now hereby ADJUDGED and ORDERED that the order of the District Court entered January 22, 2019 and the judgment entered July 25, 2019, be and the same are hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

1

Attest:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 15, 2020